THE STATE OF OHIO, APPELLEE AND CROSS-APPELLANT, *v*. HAWKINS,
APPELLANT AND CROSS-APPELLEE.

**[Cite as *State v. Hawkins*, 104 Ohio St.3d 582, 2004-Ohio-7124.]**

*Criminal law — Court of appeals' judgment reversed and cause remanded for*
*application of State v. Leach.*

(No. 2004-1299 ─ Submitted December 14, 2004 ─ Decided  December 30,
2004.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Cuyahoga County, No.
82465, 2004-Ohio-855.

_____

**{¶ 1}**   The discretionary appeal is accepted on Proposition of Law No. II.

**{¶ 2}**   The cross-appeal is not accepted.

**{¶ 3}**   The judgment of the court of appeals is reversed and the cause is remanded for application of *State v. Leach*, 102 Ohio St.3d 135, 2004-Ohio-2147, 807 N.E.2d 335.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON and O'DONNELL, JJ., concur.

F.E. SWEENEY and O'CONNOR, JJ., dissent.

_____

William D. Mason, Cuyahoga County Prosecuting Attorney, Lisa Reitz Williamson and Brian Mooney, Assistant Prosecuting Attorneys, for appellee and cross-appellant.

Robert L. Tobik, Cuyahoga County Public Defender, and John T. Martin, Assistant Public Defender, for appellant and cross-appellee.

_____